1  REX S. HEINKE (SBN 066163)
MICHAEL C. SMALL (SBN 222768)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
3  Los Angeles, California 90067-3012
Telephone:    310-229-1000
4  Facsimile:    310-229-1001

5  PAUL E. FISHER (SBN 125309)
The Law Offices of Paul E. Fisher
6  537 Newport Center Dr., #289
Newport Beach, CA 92660
7  Telephone: (949) 675-5619
Facsimile: (949) 675-5641
8
ATTORNEYS FOR PLAINTIFFS
9  WORLD WIDE RUSH, LLC and
INSITE OUTDOOR WORKS LA, L.L.C.
10

11

12
                    UNITED STATES DISTRICT COURT
13
                    CENTRAL DISTRICT OF CALIFORNIA
14

15                                          Case No. CV-07-00238 ABC (JWJx)

16  WORLD WIDE RUSH, LLC, A
Pennsylvania limited liability          **ORDER REGARDING**
company, and INSITE OUTDOOR             **PLAINTIFFS' MOTION FOR**
17  WORKS LA, L.L.C., a Delaware         **PRELIMINARY INJUNCTION**
limited liability company
18
                    Plaintiffs,
19
        v.
20
CITY OF LOS ANGELES, a
21  California municipal corporation; and
DOE 1 through DOE 10, inclusive,
22
                    Defendants.
23

24
        The Motion for Preliminary Injunction (the "Motion") filed by Plaintiffs World
25
Wide Rush, LLC and Insite Outdoor Works LA, L.L.C. came on a regularly scheduled
26
hearing before this Court on June 9, 2008.  After considering the moving papers of the
27
Plaintiffs and the opposition papers of Defendant City of Los Angeles ("the City"),
28

686381.0001 WEST  6252583 v1                      1

1  arguments of counsel, and all other matters presented to the Court, IT IS HEREBY

2  ORDERED THAT Plaintiffs' Motion is GRANTED IN PART.

3         This Order is based on the Court's ruling of June 9, 2008, which concluded that

4  (1) Plaintiffs have demonstrated a likelihood of success on their claims that Sections

5  14.4.4B(9), 14.4.4B(11), and 14.4.6 of the Los Angeles Municipal Code ("the Sign

6  Ordinance") violate the First Amendment of the United States Constitution, and (2)

7  Plaintiffs have demonstrated that they will suffer irreparable injury in the absence of a

8  preliminary injunction.  Accordingly, pursuant to Rule 65(a) and (d) of the Federal

9  Rules of Civil Procedure, the Court hereby orders that, during the pendency of this

10  litigation, the City, its officers, agents, servants, employees and attorneys, and all those

11  in active concert or participation with them, are enjoined from taking the following

12  actions against Plaintiffs, Plaintiffs' lessors, Plaintiffs' licensors, and Plaintiffs'

13  advertisers with respect to the 34 sites at issue in this litigation, which are listed in the

14  attached Exhibit A:

15         1.     Enforcing Section 14.4.4B(9) of the Sign Ordinance;

16         2.     Enforcing  Section 14.4.4B(11) of the Sign Ordinance; and

17         3.     Enforcing Section 14.4.6 of the Sign Ordinance.

18         The reference in this Order to the 34 sites at issue in this litigation does not

19  preclude Plaintiffs from taking appropriate steps to expand the scope of the preliminary

20  injunction to encompass additional sites to which Plaintiffs may obtain access during the

21  pendency of this litigation.

22         The City has not requested that the Court require Plaintiffs to post a bond or

23   provide other security pursuant to Rule 65(c) upon the issuance of this injunction, and

24   the Court is not requiring any such bond or security.

25         This preliminary injunction is effective immediately.

26

27         IT IS SO ORDERED

28

1

Dated:  June 13, 2008

2

By _____

3

The Honorable Audrey B. Collins
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

    1.     3280 Cahuenga Blvd.;

    2.     6200 Wilshire Blvd.;

    3.     1606 Cotner Ave.;

    4.     165 N. La Brea Blvd.;

    5.     5150  Wilshire Blvd.;

    6.     10680 W. Pico Blvd.;

    7.     1357 Highland Ave.;

    8.     1551 N. La Brea Blvd.;

    9.     11645 Wilshire Blvd.;

    10.    8200 Wilshire Blvd.;

    11.    8455 Beverly Blvd.;

    12.    1816, 1818, 1819 Oak St.;

    13.    9808 Venice Blvd.;

    14.    1640 Marengo St.;

    15.    1651 S. Central Ave.;

    16.    8801 W. Pico Blvd.;

    17.    11879 Santa Monica Blvd.;

    18.    11022 Santa Monica Blvd.;

    19.    10801 National Blvd.;

    20.    1127 Wilshire Blvd.;

    21.    1808 Beverly Blvd.;

    22.    3415 S. Sepulveda Blvd.;

    23.    6081 Center Dr.;

    24.    3000 S. Robertson Blvd.;

    25.    10924 Le Conte

**EXHIBIT "A"**

26. 6500 Wilshire Blvd.;

27. 15303 Ventura Blvd.;

28. 233 S. Beaudry Ave.;

29. 1000 W. 6th St.;

30. 7284 Sunset Blvd.;

31. 7901 Melrose;

32. 8048 W. 3rd St.;

33. 9800 Sepulveda Blvd.; and

34. 15300 Ventura Blvd.