**FILED**

MAY 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WORLD WIDE RUSH, LLC, a Pennsylvania limited liability company; INSITE OUTDOOR WORKS LA, LLC, a Delaware limited liability company,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation,<br><br>    Defendant - Appellant. | Nos. 08-56454, 08-56523, 09-55494<br><br>D.C. No. 2:07-cv-00238-ABC-JWJ<br><br>ORDER |
| SKY TAG, INC., a California corporation; SKY TAG WEST, INC., a California corporation; SUNSET & VINE, INC., a California corporation; WEST HOLLYWOOD INC., a California corporation; SKY CREATIVE SERVICES, INC., a California corporation; SKY POSTERS INC., a California corporation,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>CITY OF LOS ANGELES, a California Charter city,<br><br>    Defendant - Appellant. | No. 09-55792<br><br>D.C. No. 2:08-cv-05434-ABC-JWJ |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| WILSHIRE CENTER, LLC, a Delaware liminted liability company; JAMISON 1055 WILSHIRE, LLC, a California limited liability company; WILMONT, LLC, a Delaware limited liability company; EQUITABLE PLAZA, LLC, a California limited liability company; 3545 WILSHIRE, LLC, a California limited liability company; METROPLEX, LLC, a California limited liability company; 3600 WILSHIRE, LLC, a California limited liability company; 3699 WILSHIRE, LLC, a California limited liability company; 4041 WILSHIRE, LLC, a California limited liability company; 4055 WILSHIRE, LLC, a California limited liability company; 4201 WILSHIRE, LLC, a California limited liability company; JAMISON 5455 WILSHIRE, LLC, a California limited liability company; WEST WILSHIRE MEDICAL CENTER, LLC, a California limited liability company; 9800 LA CIENEGA, LLC a California limited liability company; FAIRFAX BUSINESS CENTER, LLC, a California limited liability company; 7080 HOLLYWOOD, LLC, a Delaware limited liability company; 700 FLOWER PLAZA, LLC, a California limited liability company; 4929 WILSHIRE, LP, a Delaware limited partnership; 3575 CAHUENGA, LLC, a California limited liability company; 1900 WESTWOOD, LLC, a California limited liability company; 933 N. LA BREA, LLC, a Delaware limited liability company; ROYAL BEVERLY GLEN PLAZA, LLC, a California limited liability company; | No. 09-55791<br><br>D.C. No. 2:08-cv-04762-ABC-JWJ |

1055 SEVENTH, LLC, a California limited liability company; 6380 WILSHIRE, LLC, a California limited liability company; 11620 WILSHIRE, LLC, a California limited liability company; 3875 WILSHIRE, LLC, a California limited liability company; 16501 VENTURA, LLC, a California limited liability company; 17000 VENTURA, LLC, a California limited liability company; 22801 VENTURA, LLC, a California limited liability company,

    Plaintiffs - Appellees,

v.

CITY OF LOS ANGELES, a California Charter city,

    Defendant - Appellant.

Before: REINHARDT, TROTT and WARDLAW, Circuit Judges.

These appeals are consolidated for purposes of disposition.

IT IS SO ORDERED.